IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CASEY DWORKIN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 26-751 |
| | : | |
| TRANS UNION, LLC, et al. | : | |

## **ORDER**

AND NOW, this 16th day of June, 2026, upon notice that Plaintiff Casey Dworkin has reached a settlement with Defendants Trans Union, LLC and Equifax Information Services LLC, and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is ORDERED all claims against Defendants Trans Union and Equifax are DISMISSED with prejudice. Defendants Trans Union and Equifax are DISMISSED from this action.

The action will proceed against Defendant Experian Information Solutions, Inc.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.