IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CASEY DWORKIN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 26-751 |
| | : | |
| TRANS UNION, LLC, et al. | : | |

## ORDER

AND NOW, this 23rd day of June, 2026, upon notice that Plaintiff Casey Dworkin has reached a settlement with Defendant Experian Information Solutions, Inc., and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is ORDERED all claims against Defendant Experian is DISMISSED with prejudice and the above-captioned case is DISMISSED with prejudice.

The Clerk of Court is DIRECTED to mark this case as CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.